IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ROSALINN M. GIANG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-22-112-D |
| LOUIS DeJOY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Seal Portions of Documents Previously Filed by Plaintiff [Doc. No. 71]. Defendant notified the Court that documents previously filed by Plaintiff contain other individuals' sensitive medical information. Defendant is unsure how Plaintiff obtained the private medical information, which was then filed without the third parties' knowledge or authorization. Upon consideration, and for good cause shown, the motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the following exhibits be sealed by the Clerk of Court:

| ECF No. and Title of Document | Exhibit No. |
|---|---|
| Doc. No. 32, Plaintiff's Response to Defendant's Motion to Dismiss | 6 |
| Doc. No. 39, Plaintiff's Revised Response to Defendant's Motion to Dismiss | 4 |
| Doc. No. 42, Plaintiff's Motion for Leave to Submit Secondary Revised Response Brief | 23 |

**IT IS SO ORDERED** this 2nd day of December, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge